

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00052-CR

JORDAN TAYLOR HOLLAND, Appellant § On Appeal from the 90th District Court

§ of Young County (11134)

V. § July 8, 2021

§ Per Curiam Memorandum Opinion

THE STATE OF TEXAS § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM